# United States Court of Appeals for the Federal Circuit

---

**UNITED SERVICES AUTOMOBILE ASSOCIATION,**
*Plaintiff-Appellee*

v.

**PNC BANK N.A.,**
*Defendant-Appellant*

---

2023-1778, 2025-1277

---

Appeal from the United States District Court for the Eastern District of Texas in Nos. 2:20-cv-00319-JRG-RSP, 2:21-cv-00110-JRG, Judge J. Rodney Gilstrap.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**REVERSED**

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

June 12, 2025
Date